Nicole M. Andrejko, Karen L. Gable, Nathan W. Hill, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Maria Guzman, Rosemary Cakmis, Rosemary Cakmis, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before MARCUS, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Virginia Miller, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's convictions and sentence are **AFFIRMED.**

Adam W. Overstreet, Gregory A. Bordenkircher, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brandy B. Hambright, appointed counsel for Keldrick Dewayne Adams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Adams's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Keldrick Dewayne ADAMS, Defendant-Appellant.**

No. 16-16560
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(July 18, 2017)

**Janeth Luzmila Marin DE TOUTOUNJI, Georges Toutounji, Petitioners,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 16-15612
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(July 18, 2017)